Roger M. BONCELET, Petitioner,

v.

OFFICE OF PERSONNEL MANAGEMENT, Respondent.

No. 2007–3284.

United States Court of Appeals, Federal Circuit.

April 9, 2008.

Roger M. Boncelet, pro se.

**ORDER**

Petitioner having filed the required brief, it is

ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RECALLED, and the petition for review is REINSTATED.

Respondent should compute the due date for filing its brief from the date of filing of this order.

Frank H. EXNER, Claimant–Appellant,

v.

James B. PEAKE, M.D., Secretary of Veterans Affairs, Respondent–Appellee.

No. 2008–7002.

United States Court of Appeals, Federal Circuit.

April 9, 2008.

ON MOTION

*ORDER*

Upon consideration of Frank H. Exner's unopposed motion to dismiss his appeal,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.